# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 20-01245-CJC (KESx) | Date | October 22, 2020 |
| Title | Bryan Williams v. Eli S. Dafesh et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

It is a plaintiff's responsibility to prosecute its case diligently. That includes timely serving the complaint and filing a proof of service. Absent a showing of good cause, "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . *must* dismiss the action." Fed. R. Civ. P. 4(m). Here, Plaintiff filed Proofs of Service of the Complaint on July 31, 2020, and then filed a First Amended Complaint on August 3, 2020. No proof of service of the First Amended Complaint has been filed, and Defendants have not filed a response. Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing no later than **October 29, 2020** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. A Notice of Voluntary Dismissal (Fed. R. Civ. P. 41) as to *all Defendants*, or

2. A Proof of Service of the Summons and First Amended Complaint. **However, if the deadline to answer has passed by the time Plaintiff files the proof of service, the response to this Order will be deemed sufficient only if one of the following is also filed:**

   a. Plaintiff's Request for Entry of Default as to *all Defendants* <u>or</u> Defendant's Answer,

   b. A stipulation extending Defendants' time to respond to the First Amended Complaint that complies with Local Rule 8.3, or

   c. A Notice of Voluntary Dismissal (Fed. R. Civ. P. 41) as to *all Defendants*.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-01245-CJC (KESx) | Date | October 22, 2020 |
| Title | Bryan Williams v. Eli S. Dafesh et al | | |

    No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a timely and appropriate response.  Failure to respond to this Order may result in dismissal.

                                                                                                                      -  :  -

Initials of Deputy Clerk     cw